# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

LISEC AMERICA, INC.,                      Civil No. 05-1082 (JRT/JJG)

         Plaintiff,

v.                                           **ORDER**

HEINZ WIEDMAYER and
BYSTRONIC, INC.,

         Defendants.

---

> David W. Larson, Dawn M. Knutson and John Paul Martin, **MARTIN & SQUIRES, PA**, 444 Cedar Street, Suite 2050, St. Paul, MN 55101, for plaintiff.
>
> George R. Wood, **LITTLER MENDELSON**, 33 South Sixth Street, Suite 3110, Minneapolis, MN 55402, for defendant Heinz Wiedmayer.
>
> Michael J. Dwyer, **GRANNIS & HAUGE, PA**, 1260 Yankee Doodle Road, Suite 200, Eagan, MN 55121, for defendant Bystronic, Inc.

This matter is before the undersigned upon the Report and Recommendation [Docket No. 53] of the United States Magistrate Judge Jeanne J. Graham. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

     1.     Lisec America's motion for voluntary dismissal [Docket. No. 39] is **GRANTED.**

2.	This matter is **DISMISSED WITH PREJUDICE.**

3.	No costs or attorney fees are awarded to any party.


**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: September 20, 2006                                     s/John R. Tunheim                
at Minneapolis, Minnesota                                           JOHN R. TUNHEIM
                                                                                  United States District Judge